UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

RIVER HOWELL,

                        Plaintiff,

  -v-                                                                                25-cv-0686

FRANK BISIGNANO
Commissioner of Social Security,

                        Defendant.

## <u>STIPULATION FOR ALLOWANCE OF FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT</u>

     **IT IS HEREBY STIPULATED** by and between Kristina Danielle Cohn, Special Assistant United States Attorney, for John Sarcone, III, the United States Attorney for the Northern District of New York, attorneys for the Defendant, Frank Bisgnano, Commissioner of Social Security, and Bryan Konoski, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$780.00,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

     It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount $405.00 to be paid from the Judgment Fund.

DATED:   November 3, 2025

                                        JOHN SARCONE, III
                                        United States Attorney
                                        Northern District of New York

BY:   */s/ Kristina Danielle Cohn*
        Kristina Danielle Cohn
        Special Assistant United States Attorney
        Office of Program Litigation, Office 2
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Phone:   212-264-2179
        Email: kristina.cohn@ssa.gov

BY:   s/*Bryan Konoski*
        Bryan M. Konoski, Esq.
        Konoski & Partners, P.C.
        180 Tices Lane-Suite 204, Bldg. A
        East Brunswick, NJ 08816
        844-773-3476
        Email: federalecf@gmail.com

**SO ORDERED:**

**HONORABLE THERESE WILEY DANCKS**
**UNITED STATES MAGISTRATE JUDGE**

DATED:  11/4/2025